UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

AURAHELIZIA SANCHEZ PERDOMO,

Petitioner,

v.

IMMIGRATION AND CUSTOMS
ENFORCEMENT FIELD OFFICER
DIRECTOR ,

CASE NO. 2:25-cv-02545-TL-BAT

**REPORT AND RECOMMENDATION**

On December 11, 2025, Petitioner an immigration detainee filed a § 2241 habeas petition and a deficient *in forma pauperis* (IFP) application. The clerk accordingly sent a letter to Petitioner directing him to cure the deficiency by January 12, 2026, or the case may be dismissed. On December 22, 2025, Petitioner submitted another deficient IFP application. The clerk advised Petitioner to cure the deficiency by February 9, 2026, or the case may be dismissed. As Petitioner has not responded to the clerk's latest request, the Court recommends dismissing the matter without prejudice.

## OBJECTIONS AND APPEAL

This Report and Recommendation is not an appealable order. Thus, Petitioner should not file a notice of appeal in the Court of Appeals for the Ninth Circuit should not be filed until the assigned District Judge enters a judgment in the case.

REPORT AND RECOMMENDATION - 1

Objections, however, may be filed by **February 27, 2026**.  The Clerk shall note the matter for **March 2, 2026**, as ready for the District Judge's consideration. The failure to timely object may affect the right to appeal.

DATED this 10th day of February, 2026.

_____
BRIAN A. TSUCHIDA
United States Magistrate Judge

REPORT AND RECOMMENDATION - 2