UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| AURAHELIZIA SANCHEZ PERDOMO,<br><br>Petitioner,<br><br>v.<br><br>IMMIGRATION AND CUSTOMS ENFORCEMENT FIELD OFFICER DIRECTOR,<br><br>Respondent. | CASE NO. 2:25-cv-02545-TL-BAT<br><br>ORDER OF DISMISSAL WITHOUT PREJUDICE |

The Court has considered, *de novo*, the Report and Recommendation of the assigned United States Magistrate Judge. Dkt. No. 7. While no objections were filed, the Court notes that the Report and Recommendation was returned undeliverable to Petitioner. Dkt. No. 8. Given the circumstances, it is unclear to the Court whether Petitioner is still in the United States. Nevertheless, Local Civil Rule 10(f) requires a party to provide the Clerk's Office with any address change within ten days of the change.

Therefore, the Court ORDERS:

ORDER OF DISMISSAL WITHOUT PREJUDICE – 1

1. The Report and Recommendation is ADOPTED, and the case is DISMISSED WITHOUT PREJUDICE.

2. The clerk IS DIRECTED to provide a copy of this order to Petitioner.

Dated this 9th day of March, 2026.

Tana Lin
United States District Judge

ORDER OF DISMISSAL WITHOUT PREJUDICE – 2